UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.     CITATION / CASE NO. 09-mj-0006 CMK

vs.

## ORDER TO PAY

Tulsa Gregg

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
City          State          Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**
DATE: 3-3-09          _____
                       DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: 09-mj-0006 CMK  FINE $1,000.00  ASGMT. _____
CITATION / CASE NO: _____  FINE _____  ASGMT. _____
CITATION / CASE NO: _____  FINE _____  ASGMT. _____
CITATION / CASE NO: _____  FINE _____  ASGMT. _____

**FINE TOTAL** of $ 1,000.00 and a penalty assessment of $ _____ by 5-1-09
_____ days/months or payments of $ _____ per month, commencing _____
and ~~due on the~~ _____ ~~of each month until paid in full.~~
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **PROBATION** to be unsupervised / supervised for: _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU          CLERK, USDC
P.O. Box 740026                    ~~650 Capitol Mall, Rm 2546~~ 501 I Street
Atlanta, GA 30374-0026             Sacramento, CA 95814
1-800-827-2982

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.
DATE: 3-3-09          _____
                       U.S. MAGISTRATE JUDGE

Clerk's Office                                            EDCA - 03 Rev 8/97